# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LEWIS ALLEN BULLINGTON,

     Plaintiff,

     vs.

                          CIV. NO. 19-0356 KBM

ANDREW SAUL,
Commissioner of Social
Security,

     Defendant.

## <u>ORDER OF REMAND</u>

Defendant, the Commissioner of Social Security, by and through his counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

---

[1] The Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

SIGNED February 6, 2020.


KAREN B. MOLZEN
United States Magistrate Judge
Presiding by Consent


SUBMITTED AND APPROVED BY:

*Electronically submitted 2/6/20*
JENNIFER RANDALL
Special Assistant United States Attorney

*Electronically approved 2/6/20*
FRANCESCA J. MACDOWELL
Attorney for Plaintiff